UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                              Chapter 7

RAHAMIM LAHYANI                                      Case # 15-40621
SARAH LAHYANI
        Debtor(s).
-------------------------------------------------------------------------------------

RAHAMIM LAHYANI                                      ADV NO:15-4072

        Plaintiff,
vs.

CALVARY, SPV I, LLC
assignee of Wells Fargo Bank NA            Dismissal of Adversary Complaint

_____

REQUEST FOR DISMISSAL

_____

    Barbara J May, attorney for Plaintiff/Debtor herein, requests the dismissal of the above

adversary case.  No answer to the above matter has been served or filed.

April 13, 2015                                    /e/ Barbara J. May
                                                       2780 N. Snelling Suite 102
                                                     Roseville, MN  55113
                                                     651-486-8887
                                                     Attorney ID 129689

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) SS | Case No.: BKY 15-4072 |
| COUNTY OF RAMSEY | ) | |

Barbara J. May, being duly sworn upon oath, says that on the 13th day of April, 2015, she served via US Mail, the Notice of Dismissal on:

Calvary SPV I, LLC
500 Summit Lake Drive
Valhalla, NY  10595

  /e/ Barbara J. May

Barbara J. May